**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00400-CR**
_____

**TONY ESTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 14-20313**

**MEMORANDUM OPINION**

Tony Ester appealed from a sentence pronounced on July 22, 2015. The notice of appeal was filed with the trial court on September 25, 2015, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. No response has been filed.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that appellant obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 27, 2015
Opinion Delivered October 28, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

2